IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN LESNETT, Individually and on behalf of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-948 |
| RYAN DIRECTIONAL SERVICES, | § § § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY CLAIMS**

The plaintiff, Steven Lesnett, does not oppose the Motion to Compel Arbitration and Stay Claims filed by the defendant, Ryan Directional Services, Inc. (Docket Entry No. 12). The motion is granted. The plaintiff and those who opt in must arbitrate their claims against Ryan Directional Services, Inc. The plaintiff's and the opt-in plaintiffs' claims in this action are stayed and this action is administratively closed pending the arbitration. The action may be reinstated to the active docket on motion filed by either party within 14 days after the arbitration tribunal issues its award or other decision. Any motions are denied without prejudice and may be reurged if the action is reinstated to the active docket.

SIGNED on June 30, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1